**1**

WABASH RAILWAY COMPANY, Appellant, v. Rome LANE et al. (Circuit Court of Appeals, Eighth Circuit. June 10, 1925.) No 6156. Appeal from the District Court of the United States for the Eastern District of Missouri. N. S. Brown, of St. Louis, Mo., for appellant. Clifford B. Allen and Lee W. Hagerman, both of St. Louis, Mo., for appellees.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

---

**2**

George L. WAGNER, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. November 3, 1925.) No. 6882. In Error to the District Court of the United States for the District of Nebraska. Harry S. Dungan, of Hastings, Neb., and Bernard McNeny, of Red Cloud, Neb., for plaintiff in error. Don W. Stewart, Asst. U. S. Atty., of Lincoln, Neb.

PER CURIAM. Writ of error dismissed, without costs to either party in this court, per stipulation of parties.

---

**3**

R. L. WARREN and Edith C. Pope, Executors of the Estate of J. H. Pope, Deceased, and Banking Trust & Mortgage Company, Appellants, v. G. OBER & SONS COMPANY, Appellee. (Circuit Court of Appeals, Fourth Circuit. October 22, 1925.) No. 2388. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Raleigh. I. R. Williams, of Dunn, N. C., and James S. Manning and Allen J. Barwick, both of Raleigh, N. C., for appellants. J. M. Broughton, of Raleigh, N. C., for appellee.

PER CURIAM. Consent decree to dismiss without prejudice filed.

---

**4**

Dave WILSON v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. May 15, 1925.) No. 4406. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. Bryan, Semmes & Brode, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Order dismissing cause on court's own motion.

---

**5**

Fred L. WOODWORTH, Collector of Internal Revenue, etc., v. GENERAL MOTORS ACCEPTANCE CORPORATION, a New York Corporation. (Circuit Court of Appeals, Sixth Circuit. June 5, 1925.) No. 4338. Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge. Delos G. Smith, U. S. Atty., of Detroit, Mich. for appellant. Elroy O. Jones, of Detroit, Mich., for appellee.

PER CURIAM. Decree of the District Court reversed, on the authority of the opinion filed April 6, 1925, in the case of Commercial Credit Company v. United States (No. 4241) 5 F.(2d) 1.

---

**6**

JOHN B. SEMPLE & CO., a Former Pennsylvania corporation, by Its Directors, John B. Semple, Samuel D. Cushing, Richard W. Robbins, Tracy M. Kramer, and Walter C. Miller, v. UNITED STATES. (District Court, W. D. Pennsylvania. June 27, 1925.) No. 3126. See, also, 1 F.(2d) 745. Charles A. Woods, of Pittsburgh, Pa., for plaintiff. Walter Lyon, U. S. Atty., and Warren H. Van Kirk, Sp. Asst. U. S. Atty., both of Pittsburgh, Pa.

GIBSON, District Judge. The plaintiff has brought action to recover the sum of $3,315.72, with interest from September 3, 1920. This amount is alleged to have been improperly retained by defendant upon the claim that it was due to it as a part of income tax payable by plaintiff. The defendant, in accordance with the Pennsylvania practice, has filed an affidavit raising questions of law. The facts are not in dispute, and counsel have stipulated that judgment shall be entered for one party or the other in accordance with the finding of the court in respect to the questions of law before it. The court, having found in favor of the plaintiff and against the defendant upon the questions of law raised by the latter's affidavit of defense, will make an order for the entry of judgment in favor of the plaintiff. Plaintiff, at No. 2873, May term, 1923, brought its action against C. G. Lewellyn, former collector of internal revenue, to recover the amount claimed in the instant action. At that time the court considered, at some length, the basis of the claim for the return of the taxes paid, and found that the plaintiff was entitled to recover the same, but held that its action should have been brought against the present defendant rather than against the former collector of internal revenue, under the facts as they were made to appear in that case. The reasons which led to the entry of judgment in the instant case are set forth at some length in the opinion filed in the former case. See Semple & Co. v. Lewellyn (D. C.) 1 F.(2d) 745.